AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Weinstein, Jack B. | USDC-Eastern District of NY | 08/27/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination　Date<br>☐ Initial　☑ Annual　☐ Final<br>**5b.** ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

225 Cadman Plaza East
Brooklyn, N.Y. 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | TIAA Retirement Plans |
| 2. 1998 | New York State Retirement Plans |
| 3. 2000 | New York State Savings Plan Schooling (2) |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2013 | Royalties, Foundation Press | $3,115.00 |
| 2. 2013 | Teachers Ins & Annuity Pensions | $12,852.00 |
| 3. 2013 | NY State Retirement System Pension | $9,038.00 |
| 4. 2013 | Judicial Retiree & Survivors | $170,493.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/27/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo bank deposit sweep | A | Interest | M | T | | | | | |
| 2. AT&T | B | Dividend | | | Sold | 11/11/13 | K | C | |
| 3. Atlas Pipeline Partners | A | Dividend | J | T | | | | | |
| 4. Bed Bath & Beyond Inc | A | Dividend | | | Sold | 11/11/13 | K | C | |
| 5. Buckeye partners lp | B | Dividend | K | T | | | | | |
| 6. CBRE Group inc class A | A | Dividend | | | Sold | 05/06/13 | K | C | |
| 7. Conocophillip | A | Dividend | | | Sold | 11/11/13 | K | D | |
| 8. Clorox Company | B | Dividend | | | Buy | 06/13/13 | K | | |
| 9. | | | | | Sold | 11/11/13 | K | B | |
| 10. Dunkin brands GRP Inc | A | Dividend | | | Sold | 05/06/13 | K | C | |
| 11. Kellogg company | A | Dividend | | | Sold | 11/11/13 | J | B | |
| 12. Starwood Hotels & Resort | A | Dividend | | | Sold | 05/06/13 | K | C | |
| 13. Verizon communication com | C | Dividend | | | Sold | 11/11/13 | L | D | |
| 14. Wynn Resorts LTD | A | Dividend | | | Sold | 05/06/13 | K | C | |
| 15. Caterpillar finl 2/17/14 | A | Interest | J | T | | | | | |
| 16. Sunoco inc - 10/15/14 | A | Interest | J | T | Sold (part) | 11/08/13 | J | A | |
| 17. Morgan Stanley - 01/26/15 | A | Interest | J | T | Sold | 11/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JP Morgan Chase & Co - 10/01/15 | B | Interest | K | T | | | | | |
| 19. Keybank natl assn - 03/03/16 | A | Interest | K | T | | | | | |
| 20. Goldman Sachs group inc - 01/15/17 | B | Interest | K | T | | | | | |
| 21. JP Morgan Chase & Co - 06/27/17 | A | Interest | K | T | | | | | |
| 22. General electric cap corp - 09/15/17 | B | Interest | K | T | | | | | |
| 23. Walt Disney Company - 12/15/17 | A | Interest | J | T | | | | | |
| 24. Target corp 01/15/18 | A | Interest | J | T | | | | | |
| 25. Verizon communications - 02/15/18 | A | Interest | J | T | | | | | |
| 26. Archer Daniels - 03/15/18 | A | Interest | J | T | | | | | |
| 27. Berkshire Hathaway fin - 05/15/18 | B | Interest | | | Sold | 11/08/13 | K | C | |
| 28. Metlife Inc - 08/15/18 | A | Interest | J | T | | | | | |
| 29. Vanderbilt University 04/01/19 | A | Interest | J | T | | | | | |
| 30. Buckeye partners lp-due 08/16/19 | B | Interest | K | T | | | | | |
| 31. Safeway Inc due 08/15/19 | B | Interest | K | T | | | | | |
| 32. Time Warner Cable Inc due 08/15/19 | A | Interest | J | T | Buy | 09/12/13 | J | | |
| 33. Aloe inc due 08/15/20 | B | Interest | K | T | | | | | |
| 34. Chesapeake Energy Corp due 08/15/20 | A | Interest | J | T | Buy | 07/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Entergy corp due 09/15/20 | A | Interest | J | T | | | | | |
| 36. Hewlett-Packard co due 12/09/21 | B | Interest | K | T | | | | | |
| 37. Raymond James financial senior note due 04/01/24 | E | Interest | N | T | | | | | |
| 38. Baltimore MD taxable due 10/15/26 | A | Interest | | | Sold | 06/13/13 | K | A | |
| 39. Baltimore MD taxable due 10/15/26 | A | Interest | | | Sold | 01/23/13 | J | A | |
| 40. capital one bank 01/23/13 | A | Interest | | | Sold | 03/12/13 | K | A | |
| 41. Discover bank greenwood cd 04/29/13 | A | Interest | | | Sold | 01/04/13 | K | A | |
| 42. Goldman Sachs Bank 10/22/13 | C | Interest | | | Sold | 01/04/13 | L | B | |
| 43. Goldman Sachs Bank 01/14/19 | B | Interest | K | T | | | | | |
| 44. American Express Bank 03/18/19 | A | Interest | J | T | Sold (part) | 11/08/13 | J | A | |
| 45. Cit bank salt lake city 04/15/19 | C | Interest | | | Sold | 11/08/13 | M | D | |
| 46. GE capital finl inc 05/28/19 | C | Interest | | | Sold | 11/08/13 | L | D | |
| 47. hsbc bank usa 07/13/19 | C | Interest | | | Sold | 11/08/13 | M | B | |
| 48. Toyota finl svgs bk hend 10/23/19 | A | Interest | | | Sold | 11/08/13 | J | A | |
| 49. Hometrust bank clyde nc 08/26/21 | A | Interest | K | T | | | | | |
| 50. BP capital market plc - 05/08/14 | A | Interest | | | Sold | 01/04/13 | K | A | |
| 51. Barclays bank plc - 09/22/16 | B | Interest | | | Sold | 11/08/13 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Credit suisse - 01/14/20 | B | Interest | | | Sold | 11/08/13 | K | A | |
| 53. Anglogold holdings PLC due 04/15/20 | B | Interest | K | T | | | | | |
| 54. Lloyd TSB bank due 01/21/21 | B | Interest | K | T | | | | | |
| 55. Virtus opportunities TR premium | A | Interest | | | Sold | 03/18/13 | J | B | |
| 56. Virtus opportunities TR premium | A | Interest | L | T | Buy | 03/18/13 | J | | |
| 57. Invesco balanced risk fund | A | Interest | K | T | Buy | 05/06/13 | K | | |
| 58. First Eagle Sogen Glodal FD | A | Interest | L | T | Buy | 11/08/13 | L | | |
| 59. ING Mutual FDS Global BD | A | Interest | K | T | Buy | 05/06/13 | K | | |
| 60. Janus Invt FD Flexible FD | A | Interest | K | T | Buy | 05/17/13 | K | | |
| 61. Mainstay FDS TR Marketfield FD | A | Interest | L | T | Buy | 11/08/13 | L | | |
| 62. Virtus opportunities TR-Virtus Dynamic | A | Interest | L | T | Buy | 11/08/13 | L | | |
| 63. Pimco All Asset Authority Fund | A | Interest | K | T | Buy | 02/15/13 | K | | |
| 64. Steelpath MLP FDS TR | C | Interest | L | T | Buy | 06/13/13 | L | | |
| 65. Ishares core S&P Midcap | A | Interest | K | T | Buy | 11/15/13 | K | | |
| 66. Ishares core S&P Midcap | A | Interest | K | T | Buy | 11/15/13 | K | | |
| 67. Proshare Ultra Midcap 400 | A | Interest | K | T | Buy | 11/15/13 | K | | |
| 68. Proshare Ultra S&P ET | A | Interest | K | T | Buy | 11/15/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Anadarko Petroleum Corp. | A | Dividend | J | T | Buy | 12/03/13 | J | | |
| 70. Cabot Oil & Gas | A | Dividend | J | T | Buy | 11/19/13 | J | | |
| 71. Celgene Corp | A | Dividend | J | T | Buy | 11/19/13 | J | | |
| 72. Citigroup Inc | A | Dividend | J | T | Buy | 11/19/13 | J | | |
| 73. Delta Air Lines Inc New | A | Dividend | J | T | Buy | 12/31/13 | J | | |
| 74. Devon energy corp | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 75. Edison Intl | A | Dividend | | | Buy | 11/19/13 | J | | |
| 76. | | | | | Sold | 12/06/13 | J | A | |
| 77. Eli Lily & Co | A | Dividend | J | T | Buy | 11/19/13 | J | | |
| 78. EOG Resources Inc | A | Dividend | J | T | Buy | 12/12/13 | J | | |
| 79. Ford Motor Co | A | Dividend | | | Buy | 11/19/13 | J | | |
| 80. | | | | | Sold | 12/23/13 | J | A | |
| 81. Gamestop corp class A | A | Dividend | J | T | Buy | 12/04/13 | J | | |
| 82. Grainger WW Inc | A | Dividend | J | T | Buy | 11/21/13 | J | | |
| 83. Green Mountain coffee roaster inc. | A | Dividend | J | T | Buy | 11/27/13 | J | | |
| 84. Home Depot Inc | A | Dividend | J | T | Buy | 12/04/13 | J | | |
| 85. Pepsico Inc | A | Dividend | J | T | Buy | 12/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Phillip Morris Intl Inc. | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 87. | SLM Corp | A | Dividend | J | T | Buy | 12/16/13 | J | | |
| 88. | SM Energy Co Com | A | Dividend | J | T | Buy | 11/19/13 | J | | |
| 89. | Starbucks Corp | A | Dividend | J | T | Buy | 11/21/13 | J | | |
| 90. | TE Connectivity LTD | A | Dividend | J | T | Buy | 11/19/13 | J | | |
| 91. | Union Pacific Corp | A | Dividend | K | T | Buy | 11/19/13 | J | | |
| 92. | Visa Inc Class A | A | Dividend | J | T | Buy | 11/19/13 | J | | |
| 93. | Southwestern Energy Co. | A | Dividend | | | Buy | 11/19/13 | J | | |
| 94. | | | | | | Sold | 11/25/13 | J | A | |
| 95. | Verison Communications Com | A | Dividend | | | Buy | 11/11/13 | L | | |
| 96. | | | | | | Sold | 11/19/13 | L | D | |
| 97. | Wells Fargo bank deposit sweep | A | Interest | | | Sold | 09/30/13 | J | A | |
| 98. | Freeport NY genl oblig ser a 1/15/23 | A | Interest | | | Sold | 03/01/13 | J | A | |
| 99. | New York NY genl oblig ser 1 3/1/24 | A | Interest | | | Sold | 03/01/13 | J | A | |
| 100. | New York NY genl oblig ser 1 3/1/22 | A | Interest | | | Sold | 03/01/13 | J | A | |
| 101. | New York st muni bond bank agy 12/1/23 | A | Interest | | | Sold | 06/03/13 | J | A | |
| 102. | New York ny city mun wtr fin auth 6/15/22 | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/27/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. New York st dorm auth rev aid long 11/1/15 | A | Interest | J | T | | | | | |
| 104. Tarrytown ny union free sch dist 1/15/17 | A | Interest | J | T | | | | | |
| 105. New York st dorm auth rochester ser a 7/1/23 | A | Interest | J | T | | | | | |
| 106. New York st environmental facs 12/15/20 | A | Interest | J | T | | | | | |
| 107. New York ny city genl oblig ser a 8/1/21 | A | Interest | K | T | Sold (part) | 11/11/13 | K | A | |
| 108. Rockland co ny various purposes 8/15/21 | A | Interest | J | T | | | | | |
| 109. Buffalo ny fiscal stability auth 9/1/21 | A | Interest | J | T | | | | | |
| 110. Brookhaven NY open space preservation 11/1/21 | A | Interest | J | T | | | | | |
| 111. Suffolk co ny pub impt serial ser a 5/15/22 | A | Interest | J | T | | | | | |
| 112. Florida st Brd Ed Pub 6/1/22 | A | Interest | J | T | | | | | |
| 113. New York ny city mun wtr fin auth 6/15/22 | A | Interest | J | T | | | | | |
| 114. Long Island power auth ny 12/1/22 | A | Interest | K | T | | | | | |
| 115. New York st envir facs corp st clean 6/15/23 | A | Interest | | | Sold | 08/12/13 | J | A | |
| 116. New York st envir facs corp st clean 6/15/23 | A | Interest | | | Sold | 08/12/13 | J | A | |
| 117. New York ny city genl oblig ser n 8/1/23 | A | Interest | | | Sold | 07/11/13 | J | A | |
| 118. New York st enviro facs corp st 6/15/24 | A | Interest | | | Sold | 08/12/13 | J | A | |
| 119. New York st dorm au memorial sloan 7/1/24 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. New York ny city genl oblig ser b 8/1/24 | A | Interest | J | T | | | | | |
| 121. New York st envir facs 6/15/25 | A | Interest | | | Sold | 07/11/13 | K | A | |
| 122. New York genl oblig 10/1/25 | A | Interest | J | T | | | | | |
| 123. Metropolitan transn auth ny ser a 11/1/25 | A | Interest | K | T | | | | | |
| 124. Metropolitan transn auth ny ser oid 11/15/25 | A | Interest | J | T | | | | | |
| 125. New York st twy auth gen rev ser g 1/1/26 | B | Interest | K | T | | | | | |
| 126. New York st twy auth st pers income 3/125/26 | A | Interest | K | T | | | | | |
| 127. New York st twy auth st pers income 3/15/26 | A | Interest | K | T | | | | | |
| 128. New York city muni wfr fin auth 6/15/28 | A | Interest | J | T | | | | | |
| 129. New York st dorm auth revs 7/1/28 | A | Interest | J | T | | | | | |
| 130. NY NY city transitional fin auth bldg due 1/15/31 | B | Interest | K | T | | | | | |
| 131. New York st dorm auth pers income 12/15/26 | A | Interest | K | T | | | | | |
| 132. NY Dorm auth rev due 2/15/27 | A | Interest | K | T | | | | | |
| 133. New York city genl oblig fisca ser g 8/1/27 | A | Interest | | | Sold | 07/11/13 | K | A | |
| 134. Port Auth NY 7 NJ due 10/15/27 | A | Interest | K | T | | | | | |
| 135. NYS Dorm auth due 11/1/31 | B | Interest | K | T | | | | | |
| 136. Metropolitan transn auth NY due 11/15/32 | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. NY St enviro fcs corp due 6/15/33 | A | Interest | K | T | | | | | |
| 138. NY Dorm auth revs due 7/1/23 | A | Interest | J | T | | | | | |
| 139. Triborough brdg & tunl auth 11/15/33 | B | Interest | K | T | | | | | |
| 140. Metropolitan Transn auth ny rev due 11/15/34 | A | Interest | K | T | | | | | |
| 141. NYS Dorm auth st pers inc tax due 12/15/35 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 08/27/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jack B. Weinstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544